David E. De Lorenzi
Sheila F. McShane
Carrie A. Longstaff
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

Of Counsel:

Matthew D. Powers, Esq.
**WEIL GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000

Nicolas G. Barzoukas, Esq.
Jason C. Abair, Esq.
Audrey L. Maness, Esq.
Joshua P. Davis, Esq.
**WEIL GOTSHAL & MANGES LLP**
700 Louisiana, 16th Floor
Houston, Texas 77002
Telephone: (713) 546-5000

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHERING CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>APOTEX INC. and APOTEX CORP., )<br><br>Defendants. ) | Civil Action No. 09-cv-6373 (GEB)(TJB)<br><br>*Document electronically filed.* |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Adrienne L. Hollis is hereby withdrawn as counsel for Plaintiff Schering Corporation in this matter.  Accordingly, please remove Ms. Hollis from the list of ECF recipients in this matter.

Dated: April 19, 2010                    By: s/ Sheila F. McShane
       Newark, New Jersey                    David E. De Lorenzi, Esq.
                                          Sheila F. McShane, Esq.
                                          Carrie A. Longstaff, Esq.
                                          **GIBBONS P.C.**
                                          One Gateway Center
                                          Newark, New Jersey 07102-5496
                                          Telephone: (973) 596-4500

                                          *Of Counsel:*

                                          Matthew D. Powers, Esq.
                                          **WEIL GOTSHAL & MANGES LLP**
                                          201 Redwood Shores Parkway
                                          Redwood Shores, California 94065
                                          Telephone: (650) 802-3000

                                          Nicolas G. Barzoukas, Esq.
                                          Jason C. Abair, Esq.
                                          Audrey L. Maness, Esq.
                                          Joshua P. Davis, Esq.
                                          **WEIL GOTSHAL & MANGES LLP**
                                          700 Louisiana, 16th Floor
                                          Houston, Texas 77002
                                          Telephone: (713) 546-5000

                                          Attorneys for Plaintiff