David E. De Lorenzi
Sheila F. McShane
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHERING CORPORATION,<br><br>                   Plaintiff,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                   Defendants. | CIVIL ACTION NO. 09-6373 (GEB)(TJB)<br><br>**NOTICE OF<br>WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE,** that Jason C. Abair, Esq., counsel for plaintiff Schering Corporation, is hereby withdrawn as *pro hac vice* counsel in this action.

Dated:    Newark, New Jersey
          July 6, 2010

GIBBONS P.C.

s/ Sheila F. McShane
Sheila F. McShane, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone (973) 596-4500
Facsimile (973) 639-6482
*Attorneys for Plaintiff*
smcshane@gibbonslaw.com

#1542697 v1
105686-67911