RECEIVED
JUL 22 2010

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHERING CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 09-6373 (GEB) (TJB) |
| v. | ) |
| APOTEX INC. and APOTEX CORP., | ) **[PROPOSED] ORDER MODIFYING** |
| Defendants. | ) **PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by notice of letter of mutual agreement by the parties dated July 21, 2010,

**IT IS** on this 21st day of July, 2010,

**ORDERED THAT:**

Section II of this Court's Pretrial Scheduling Order of April 13, 2010, identified by the title "II. CLAIM CONSTRUCTION," shall be vacated, along with all of the operative dates and deadlines therein.

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge