UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**  **August 18, 2010**
**OFFICE**  **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:  CV-09-6373 (GEB)

SCHERING CORPORATION
    V.
APOTEX, INC., et al.,

**APPEARANCES:**

Nicolas G. Barzoukas, Esq., Joshua Davis, Esq., & Sheila F. McShane, Esq., for plaintiff
Arnold B. Calmann, Esq., Andrew M. Alul, Esq., Paul Molino, Esq., & Geri Albin, Esq., for defendant's

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery issues.
Rulings made on the record.

**Commenced: 11:36am**
**Adjourned:   12:19pm**      s/ MARK MORELLI
    **Deputy Clerk**