Case 3:09-cv-06373-GEB -TJB   Document 69   Filed 03/18/11   Page 1 of 2 PageID: 2437

RECEIVED
MAR 18 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCHERING CORPORATION, | : | Civil Action No. 09-6373 (GEB) (TJB) |
| Plaintiff, | : | **CONSENT ORDER CONCERNING APOTEX'S SUPPLEMENTATION OF SCHERING'S MOTION TO SEAL** |
| v. | : | |
| APOTEX INC. and APOTEX CORP., | : | |
| Defendants. | : | *DOCUMENT FILED ELECTRONICALLY* |

**THIS MATTER** having been opened to the Court by defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), on notice to all counsel, seeking an adjournment of the deadline for Apotex to file its supplemental Motion papers in further support of plaintiff Schering Corporation's ("Schering") Motion to Seal, pursuant to L.Civ.R. 5.3(c)(2); and the Court having been informed in a letter from Apotex's counsel dated March 17, 2011, that Schering has no objection and has consented to Apotex's requested relief; and the Court having considered the status of these proceedings, and for other and good cause having been shown,

**IT IS** on this ___18___ day of March, 2011,

**ORDERED** that the deadline for Apotex to file its supplemental Motion papers in further support of Schering's Motion to Seal, pursuant to L.Civ.R. 5.3(c)(2), be and the same is hereby extended through and including March 28, 2011.

_____
HONORABLE TONIANNE J. BONGIOVANNI, U.S.M.J.